(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

FILED
AUG - 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(1) __Ronald G. Johnson #182421__
  (Name of Plaintiff)     (Inmate Number)
__Howard R. Young Correctional Institution__
__1301 E. 12th Street, Wilmington De 19809__
  (Complete Address with zip code)

08 - 479

(2) __Other Parties will be Added Later__
  (Name of Plaintiff)     (Inmate Number)

(Case Number)
( to be assigned by U.S. District Court)

_____
  (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

**CIVIL COMPLAINT**

(1) __6 unidentified City of Wilmington__
__Police Officer__

(2) __City of Wilmington Police Department__
  (Names of Defendants)

• Jury Trial Requested

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I. **PREVIOUS LAWSUITS**

  A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
     including year, as well as the name of the judicial officer to whom it was assigned:

  1. __Civil Action No. 06-240__

Cannot remember Case No. 2. __Civil Action No.__

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • • Yes • (No)

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • • No

C. If your answer to "B" is Yes:

1. What steps did you take? I verbaly told the officer they would be sued

2. What was the result? They disregard my statement

D. If your answer to "B" is No, explain why not: N.A.

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Seargant 1-5 (Unidentified)
Employed as Wilmington Police officer at Wilmington Police Department
Mailing address with zip code: Wilmington Police Department Public Safety Building 4th and Walnut Wilmington De 19801

(2) Name of second defendant: (unidentified) Lieutenant
Employed as Wilmington Police Officer at Wilmington Police Department
Mailing address with zip code: Wilmington Police Department Public Safety building 4th and Walnut Wilmington De 19801

(3) Name of third defendant: Unidentified Arresting Officer
Employed as Wilmington Police Officer at Wilmington Police Department
Mailing address with zip code: Wilmington Police Department Public Safety Building 4th and Walnut Wilmington De 19801

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

4. Name of fourth Defendant Unidentified Detective
Employed as Detective of Wilmington Police Dept. at Wilmington Police Department

5 and 6. Name of Defendants two other Wilmington Police officer
Employed as Wilmington Police Officers at Wilmington Police Department
All at Wilmington Police Department Safety building 4th and Walnut Wilmington De 19801

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. 5 Wilmington Police Department officer illegaly and Un Constitutionaly force there way in me and my family's home with out a warrent of search warrent, in Violation of our Fourth Amendment Right to be secure in our home, papers and effect et.

2. They held us under arrest and detention without Probable Couse

3. They threaten us Physically and Verbaly by putting there hands on their gun and Physical threaten body motion and Verbal loud threat demanding us to sit down and be quiet and demand our Identification and demand and Ordering us not to move. Also with threat of arrest if we move, or do not Cooperate with their illegal unlawful Conduct.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Order the Defendant and or the Wilmington Police Department to pay me or us ($50,000.00) Fifty Thousand Dollars in monetor Damages, for Mental Stress, anxiety suffering, Time I served in jail, loss of my property as a result of my incarceration, time lose of my job et. al.,

2. _____

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __25th__ day of __July__, __2008__.

__Ronald Johns_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

In The United States District Court
For The District Of Delaware

Ronald G. Johnson #182421
Howard R. Young Correction Institution
1301 E. 12th Street
Wilmington, De. 19809
         Plaintiff
V.
         Defendants
6 unidentified officers of City
of Wilmington Police Department,
Wilmington Police Department

Civil Action No. 08-479

**Filing Of This $50,000.00 Fifty Thousand Dollars Lawsuit Pursuant Title 42 U.S.C. 1983, Title 42 U.S.C 1986 And Title 42 USC 1985**

Comes Now, The Plaintiff Ronald G. Johnson and files this $50,000 Fifty Thousand Dollars Lawsuit against the above Named Defendants. In Support thereof the Plaintiff asserts the following.

1)   Statement Of The Facts

On 7-10-08 at about 11:00 o'clock Pm "Ambulonce" was Called to our house because a friend of ours had gotten Shot on 4th and Franklin in Wilmington Delaware while hanging in front of the Liquor Store. He ran from there Came to our house and rested on our porch Coach and told them to Call the ambulance, that he had been Shot. My two neiphews and Friends was Sitting on the porch. The Ambulance was Called. The Police arrived first. He explained he had been shot while standing

Page 1-12

in front of 4th and Franklin liquor Store. We asked him what he did and why was he Shot. He insist nothing and that he did not know why they Shot him. We asked Over and over and he Constantly made the Same Statement. The questioning was done before the officers Came and while they were there, his answer was the Same. (We know he is a good kid and never did nothing So we couldn't understand why someone would shot him)

The officers Came and questioned him and he told them the Same thing. He was Shot on 4th and Franklin Street while hanging in front of the liquor Store and that he did not know why. The Ambulance Came and took him away. This all happen on the porch

2) "This where The Problems And Violations Occured"

After he was being taken away to the hospital. While we were Still Standing on the porch. The officers Started barging in our house. The Sergeant first and two or three others Slowly followed. Seeing this we went in behind them. and Started asking them what are you doing. Why You'll Coming in our house. My neiphew pregnant girlfriend "Tee" Said no you'll got to get out of here. Then I Said no You'll Can't Come in here. Then I Said what you'll Coming in here for? No we want you'll to get out. They refused

to leave. I asked what's your Probable Cause? The Sergeant said a man has been shot in here. We said no no he did not and he told you that his self. The Sergeant said whale he came in here. While he was being strapped to the stretcher he said no I never went inside I was bleeding so I sit on the porch couch waiting for the ambulance to come. We said look in the front room do you see any blood. He was taken away by the ambulance. The officers refused to leave at our numerous demands.

The officers got hostile and violently and verbally threatening. They hollered at us telling us to shet up. And to sit down. I was in the dinning room. I followed the Sergeant in there. He threatening and violently (with his right hand on his gun) told me to get back in the front room. He went all threw the first floor making everyone come in the front room. I asked what's your probable cause to arrest us. You can't stop us from moving in our house. What you think we did? He said sit down and shet up or else I will lock you up for being disorderly and not cooperating. I said cooperate about what? You know the same thing we know if not more. He told you what he told us. Now what are you arresting us for? What's your probable cause? He turned on his flashlight barged threw the first floor searching the house. Then went in the dinning room

Page 3

and went down the basement and Ordered my brother Jerry to come up. Then brought him in the front room. Then went back down the basement and searched for 2 or 3 minutes and came back up. I said that's illegal Search and seizure, you can't do that. He went up stairs and call "Tee" down and ordered her to sit in the front room. She is pregnant and had two other kids in her bedroom up stairs. She was very upset as well as us all. He Hollered at us and told us to shot up and sit down, he can do this. I said no you can't what's your Probable Cause? He said yes I can watch me, as he went up stairs and search each room. I said that illegal Search and seizure. He threaten to give me Criminal Charges, He demanded all our Identification. We asked for what? Tee asked what we did? He threatened to charge us for no Cooperating. I said Cooperate with what? What you want from us? He told you what happen. He ask for my I.D. I said no We don't have to give you our I.D. what Crime you think we did. I refused to give my I.D. He looked at me threatening waving to the other officer, focusing on me as if to say I am going to assault him. So I gave him my I.D.. They called everyone in the house name in Checking them for warrents and Capias. They held us all there in the front room. I was found to have a ~~Capias~~ no warrent on me for my arrest.

Page 4

3.) "Damage OF These Officers Violations"
   Time In Jail (And) Mental Suffering et.al.;

I was arrest for a warrent I had pending on me. I have spent 20 days in jail and could be in jail another 40 days or so waiting for trial. I was stopped and released the day before and told I had a warrent on me, that I needed to take care of them. I said O.K. So I had to get my house in order and get at lest a $100 or $200 for bail in case there was a bail set. (For a Misdemeanor as I got it's normally a signiture bond but if you get the wrong judge it's $100 secure. So you need a $100 for a bondsman to bail you out.)

This untimely arrest did not give me time to get my bail money together. My bail is 1,000 secure $100 threw a Bail Bondsman. Now I have to sit in jail till my trial date because we all was struggling to get the rent and bills payed. So nobody has a extra $100 and the $100 I got I must save in case we can't come up with the rent to move in somewhere else. My son wants a Hundred to move in with him. Plus we had till August 1 to pay our rent or move out. My $100 will not pay the rent alone. If the other fail to come up with theirs we must all move. My bother who house it is has moved out leaving us with the bills.

                    Page 5.

So I do not know whether they can come up with the rent. If not we will all be moving in seperate places and my furniture, clothing and things will be lost. Because everybody was talking about moving with somebody and can not keep their own furniture. I was moving with my son and putting my furniture in his basement. As of now it appears I will lose everything I got. Because I did not tell my son I was for sure moving with him. I have nobody I can call, Nobody has Collect. Nobody has money to move my belongings. Nobody knows to move my stuff. 1 year ago I was falsely arrested and losted all my belongings. I sued for a $100,000 case still pending and can take 2 years to win or settle. I will have nothing.

4.) "Abuse Taken" (And) "Mental Suffering"

When these officers violated the Law because it is against the law for officers to enter your home without a warrent or search warrent. It made us feel like these was ku klux klan or a Armed gang members who had barged in our house and taken over, Who with guns and physical and verbal threatening force made us set down and shet up. But instead of asking for money demanded our identification with threats of illegally locking us up on false charges. These officers

Page 6

had no respect for the Law their sworn to uphold. This encounter will not be forgotton. This not the first time. "Tee" my Pregnant neiphew future wife has never forgot the last couple of times. these officers did this. And we will never forget this time.

5.) <u>Concluding</u>

Many blacks and poor whites has died because of Officer known abuse of authority. Many drug addicts and People who been shot die because they overdose or got shot in a known drug house. Instead of calling the ambulance (who calls the police) for the hurt or overdose person. They drag the person in a alley or a block or so away and leave the person. Most cases the person was still alive. But they know if the call the police they would be treated as a prime suspect, harrassed, detained and false arrest for not cooperating. There whole house would be searched for anything to arrest the person or persons who call. Their is alway something they will charge you with everybody knows this or feels this way. My house is not a drug house and not crime happen in our house yet we are treated as if we shot the kid. To deter officers abuse 42USC1983 was formed. Because it is known they will not arrest each other for their crimes, unlawful, unconstitutional Conduct. They committed trespass, burglary, Robbery (by taking our I.D. by brute force) and terristic threatening et al.,.

Page 7


6.) **Claims Against Unknown Sergeant**
(The other officers Called him Sergeant one Five)

The Sergeant came in our house against our will and without permission. He use physical and verbal threats to remain in our house. Basicly holding us hostage, that's how we feeled. He use physical and verbal threats to take over our house. He came in and remained in against the law. He violated our 4th Amendment Constitutional Rights to be secure in our home, paper and effects et. He did not have probable cause to believe that a crime was being committed and that we had committed it. He did not have a search warrent to search our house. And we told him he could not search it. He broke the law and abused his authority. We are very upset and angry about these officers conduct.

7.) "**Claims Against Unknown Lieutenant**"
   42 USC 1986, 42 USC 1985

It's a violation of my Rights pursuant to Title 42 USC 1986 for a officer ~~person~~ to know that my rights are being violated and have the power and authority to stop it, but set back and allow my rights to be violated. The Law hold that officer liable. 42 U.S.C. 1986 hold the person who has authority to stop the violation liable for monetary damages et. al.). This officer set back out side, heard our numerous complaints yet fail to stop the violations. The Sergeant said out

Page 8

loud. My Lieutenant is right there. We made our complaints before him but he ignored us. Pursuant to Title 42 USC 1985 it's a violation for them to show prejudice unanimus, to be in agreement or to back or cover for each others wrongs.

8) "Claims Against Unknown Detective"
   Fraud By Detective

The next day after this incident. A unidentified Detective came to me at Capital Police Department and promiss me if I tell him information about what happen he would talk to the judge and have me released. I ask how could he do this, it's up to the judge and He said they can get it done. Have I heard of it being done, I said yes. But how are you going to do it? He said trust him. I said be we already told what happen and plus he told them what happen his self. He insisted he just wanted to ask it himself for his report. So I explained what he told us which is all we know. He was shot by 4th and Franklin Liquor Store, He asked about our friend did he sell drugs or did anything illegal. I told him no to all things. Because this kid never did anything wrong. He concluded his investigation stating it was a case mistaken identity. He did not

Page 9

try to assist me, "That's Fraud" He lied to me about talking to the Judge. I am innocent yet must set in jail for a offense that carries probation. I am accused of saying "What are you doing" to my ex-girlfriend. They gave me a Contempt of a P.F.A Protection Order.

9.) "Claim Against The Arresting Officer"

The officer who arrest me 7-10-08 for a warrent I had on me for Contempt of a P.F.A. Protection Order which was for say "What are you doing". He used Physical and verbal threatening behavior to assist the Sergeant and others in restraining us in the front room. He Cooperated with the illegal search and seizure. He was fully in cooperation of our illegal arrest and detention without Probable Cause. I was ask of him and all the others what was their Probable Cause to arrest and or detain us. He refused with disrespect and disregard to our inquiries, and ignore our complaints while cooperating with the illegal and unConstitutional arrest and detention illegal search and seizure et, Al,,.

"Claim Against The Other Two Unknown Officers"

The two other officers stayed by the door as if to say we are not going along with this. The never came close

Page 10

to us. Nor restrained us when we got up or moved around as the others did. We were not in cooperation with the illegal actions of these officers, we was forced into cooperation by violent physical and verble threats. The showed no threatening behavior and stayed out the spot light. They never spoke. They are being sued still for being in our house without a warrent, search warrent or Probable Cause. They was there still as back up to a illegal search and seizure, arrest and detention without Probable Cause. So pursuant to Title 42 USC 1985 and Title 42 USC 1986 they are held liable for our suffering and damages.

10.) "Claims Against City of Wilmington Police Department"

It is the common practice of the city of Wilmington Police to stop and question people without probable cause. It is the practice of City of Wilmington Police to come in peoples houses without a warrent or search warrent and refuse to leave at peoples request. This not the first time they have done this to our house. It has happen two other times. But never to the point they searched the whole house. They have never went from room to room demanding and forcing everyone to come in the front room. This not their first time stopping and detaining me and

Page 11

others who had nothing to do with why they was called. This hostile take over with Physical and verble threat, illegal arrest and detention and illegal Search and seizure will not be tolerated now or afterwards. The damage is done. I am in jail serving time for a offense that if I pleaded guilty to it, I would get a fine or at worst level 2 Probation. They have showed disrespect and disregard to our Constitutional Rights to be Secure in our home, person and life. It's the City of Wilmington Police Practice. They have done this over and over and Wilmington Police Department is liable for their actions and Practice.

### Conclusion

For the time I have to spend in jail, Lose of my property, Mental suffering and the suffering of my family et all as I set out in this lawsuit. I ask Your Honor to award me $50,000 against the Defendants.

### "Oath And Affidavit"

I Declare and affirm that the above is true and correct under penalty of perjury.

Declared and Affirmed July 27, 2008    *Ronald Jahn*

Thank You Sincerely    *Ronald Jahn*

Page 12.    July 27, 2008



From: Ronald G. Johnson
#182421/H.R.Y.C.I.
1301 E. 12th Street
Wilmington, Delaware 19809



To: Clerks Office
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19801-