In The United States District Court
For The District of Delaware

Ronald G. Johnson
   V

6 Unknown City Of Wilmington
Police And City Of Wilmington
Police Department

Civil Action No. 08-479

2008 AUG -7 AM 9: 19

FILED
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

"Notice Of Change Of Address"

   I am no longer incarcerated. I now live at below home Address

   1107 Columbia Avenue

   Wilmington, Delaware 19805

Thank You Sincerely    Ronald Johnson   8-7-08