In The United States District Court
For The District Of Delaware

Ronald G. Johnson )
 )
V )
 )
6 Unknown City Of Wilmington ) Civil Action No. 08-479
Delaware Officers, And City )
Of Wilmington Police Department )

## "Amendment To Lawsuit Complaint"

I Now Amend this Complaint Naming 3 Of The Defendants. Officers

1. The Arresting Officer is Donohue

2. The Other is SGt Taylor

3. The Other is Lt. Ciotti

Thank You Sincerely  Ronald Johnson   8-7-08