In The United States District Court
For The District Of Delaware

Administrative Notice Of Change Of Address For 3 different Civil Action Lawsuit Case. 1.) Civil Action No. 06-240-SLR.    2.) Civil Action No. 08-196 – 3.) Civil Action No. 08-479. Chang Address below

"New Address"

832 W. 6th Street
Wilmington, Delaware 19802
(302) 655-1293

Thank You   Sincerely   *Ronald Johns*

Ronald G. Johnson