IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD G. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-479-JJF |
| | ) |
| 6 UNIDENTIFIED CITY OF | ) |
| WILMINGT0N POLICE OFFICERS, | ) |
| CITY OF WILMINGTON POLICE | ) |
| DEPARTMENT, UNIDENTIFIED LT. | ) |
| WILMINGTON POLICE DEPARTMENT, | ) |
| CITY OF WILMINGTON | ) |
| UNIDENTIFIED ARRESTING | ) |
| OFFICER, and UNIDENTIFIED | ) |
| DETECTIVE | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 25 day of August, 2008, the Court having considered the updated application to proceed without prepayment of fees under 28 U.S.C. § 1915, D.I. #5;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge